IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **FAYE WILLARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Case No.  5:16-cv-00805-FL |
| v. ) | |
| ) | |
| SANOFI S.A., ) | |
| AVENTIS PHARMA S.A., and ) | |
| SANOFI-AVENTIS U.S. LLC, separately, ) | |
| and doing business as WINTHROP U.S. ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

    James W. Kilbourne, Jr., of the law firm of Dungan, Kilbourne & Stahl, P.A. hereby enters his appearance as Local Civil Rule 83.1 Counsel for Plaintiff Faye Willard in the above-captioned case. All pleadings, notices, orders, and other documents to be served in this matter should hereafter be served upon the undersigned counsel.

**THIS**, the 19th day of September, 2016.

DUNGAN KILBOURNE & STAHL, P.A.

/s/ James W. Kilbourne, Jr.

James W. Kilbourne, Jr.
NC Bar # 24354

LCvR 83.1 Counsel for Faye Willard

One Rankin Avenue, Third Floor
Asheville, NC  28801
(828) 254-4778
(828) 254-6446 (*facsimile*)
jkilbourne@dunganlaw.com